the Supreme Court of the State of Illinois denied. *Mr.* *Elmer M. Leesman* for petitioner. *Messrs. James W. Breen, Samuel A. Ettelson, Edgar B. Tolman* and *Wm. H. Sexton* for respondent.

---

No. 379. MONTY MORRIS *v.* UNITED STATES. October 24, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James P. Gilmore* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt* and *Mr. Mahlon D. Kiefer* for the United States.

---

No. 380. CHICAGO, MILWAUKEE & ST. PAUL RAILWAY COMPANY *v.* CARL F. LEVERENTZ, ADMINISTRATOR. October 24, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. F. W. Root* and *A. C. Erdall* for petitioner. *Mr. Montreville J. Brown* for respondent.

---

No. 382. SOUTHERN PACIFIC COMPANY *v.* DEL KALBAUGH AND JAMES MOXLEY. October 24, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Frank Thunen* and *C. F. R. Ogilby* for petitioner. *Mr. James Moxley* for respondents.

---

No. 385. GRAFF FURNACE COMPANY *v.* HANS MACHLER. October 24, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Jerry A. Matthews* and *Philip V. Mattes* for petitioner. No appearance for respondent.

---

No. 36. MISSOURI-KANSAS-TEXAS RAILROAD COMPANY *v.* TEXAS. See *ante,* p. 494.